UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IOU CENTRAL, INC., doing business as IOU Financial, Inc., | No.  1:22-cv-00722-ADA-SKO |
| Plaintiff, | |
| v. | ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE |
| SWAN CONSULTING, INC., et al., | (Doc. 113) |
| Defendants. | |

On January 18, 2023, the parties filed a joint stipulation dismissing the action without prejudice.  (Doc. 113.)  In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed without prejudice.  Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  __**January 19, 2023**__          _____/s/ *Sheila K. Oberto*_____
                                                    UNITED STATES MAGISTRATE JUDGE